DOUGLAS BADER   # 182315
LAW OFFICES OF DOUGLAS BADER
161 N. MCKINLEY ST., #124
CORONA, CA 92879
Phone: 951-372-8300  Fax: 951-372-8005
Attorney for Defendant **Blas Saucedo-Rincon**



FILED
JUL 28 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLAS SAUCEDO-RINCON,<br><br>　　　　Defendant | Case No. 11CR02982<br><br>SUBSTITUTION OF ATTORNEY |

Defendant BLAS SAUCEDO-RINCON, hereby substitutes DOUGLAS BADER, Attorney at Law, whose offices are located at 161 N. McKinley Street, Suite 124, Corona, California, 92879, telephone (951) 372-8300, as attorney of record in place and stead of Attorney Jack J Boltax .

Dated: 07/28/11

*Blas Saucedo R* (signature)
**BLAS SAUCEDO-RINCON**

Substitution of Attorney

United States vs. BLAS SAUCEDO-RINCON

I consent to the above substitution.

*Mr. Boltax was opposed to the substitution.* GT 7-28-11

Dated: _____

_____

**Jack J Boltax**

Attorney of Record

Above substitution accepted.

Dated: July 22, 2011

_____

**DOUGLAS BADER**

Substituted Attorney for BLAS SAUCEDO-RINCON

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Jack J Boltax, Attorney of Record**

jbefile@gmail.com

**U S Attorney CR**

Efile.dkt.gc2@usdoj.gov

Dated: July 22, 2011

_____

DOUGLAS BADER

Attorney for BLAS SAUCEDO-RINCON

IT IS SO ORDERED.

DATED 7-28-11

_____

UNITED STATES DISTRICT JUDGE